693 Julie Barkema
694 6443 S. Franklin Street
695 Centennial CO 80121

696 UNITED STATES DISTRICT COURT
697 DISTRICT OF COLORADO

| Julie Barkema | Case # 10-CV-02220-REB-KLM |
|---|---|
| Plaintiff, | |
| vs. | DEMAND FOR JURY TRIAL |
| Bank of America | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>SEP 1 0 2010 |
| Defendant | |

698
699 <u>PLAINTIFF'S DEMAND FOR JURY TRIAL</u>   GREGORY C. LANGHAM
CLERK

700

701 Plaintiff, Julie Barkema asserts her rights under the Seventh Amendment to the U.S.

702 Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury

703 on all issues.

704

705 **Respectfully Submitted,**
706
707 *Julie Barkema*
708 Julie Barkema