IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02220-REB-KLM

JULIE BARKEMA,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Petition for Temporary Injunction** [Docket No. 2; Filed September 10, 2010] and **Amended Petition for Temporary Injunction** [Docket No. 7; Filed September 13, 2010] ( the "Motions").  The Motions do not contain a certification that they were served upon Defendant as required by Fed. R. Civ. P. 65(a)(1) (requiring notice to the opposing party) and D.C.COLO.LCivR 5.1G. (requiring certificate of service that the motion was served upon opposing party).  Regardless that Plaintiff is proceeding without an attorney, she is required to comply with the rules of this Court.  *Green v. Dorell*, 969 F.2d 915, 917 (10th Cir. 1992).  Accordingly,

    IT IS HEREBY **ORDERED** that the Motions are **DENIED without prejudice** to Plaintiff refiling her request in compliance with the Federal and Local Rules of Civil Procedure.

    Dated:  September 17, 2010