**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 18 2010**

GREGORY C. LANGHAM
CLERK

In the United States District Court
For The District Of Colorado

Civil Action No. 10-CV-02220-REB-KLM

Julie K. Barkema,
    Plaintiff,

vs.

BAC HOME LOANS SERVICING, LP,
    Defendant

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

I, Julie K. Barkema, (plaintiff), respectfully requests the Court grant a 10 day extension, up to and including November 29th, 2010 to file my responsive pleading.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that she made contact via telephone (left a voice mail message) and email with Defendant, Sean M. Hanlon of Holland & Hart for BAC HOME LOANS SERVICING, LP, on November 10th to discuss my request for an extension of time. Mr. Hanlon stated he would not object to a 10 day extension of time. See attached Exhibit A.

### MOTION

As grounds for requesting a 10-day extension to file my responsive pleading, I state:

1. I, Julie Barkema (Plaintiff) received Defendant's Motion to Dismiss on November 1, 2010, and their Errata Sheet for their Motion to Dismiss on November 2nd, 2010.

2. I, (Plaintiff) am not learned in the law, nor do I have the same access to all the materials

necessary to frame proper pleadings as the Defendants.

3. The defendant's Motion to Dismiss cited numerous cases which require a great deal of time to be reviewed.

4. Neither party will be prejudiced by the brief extension of time requested by the Plaintiff.

Wherefore, Plaintiff respectfully requests the Court to grant her an additional 10 days, up to and including November 29, 2010, to file her responsive pleading in this action.

Dated November 17, 2010

Respectfully Submitted,

*Julie K. Barkema*

Julie K. Barkema
Plaintiff
6443 S. Franklin Street
Centennial, CO  80121
Invisible65432@yahoo.com
Phone: (720) 283-4414

## CERTIFICATE OF SERVICE

I certify that on November 17, 2010, I filed the foregoing document with the Clerk of Court by FAX at (303) 335-2714. I also served a copy of the same document to the following party by Email and U.S. Mail, Certified # 7010-0780-0001-6017-0860

Sean M. Hanlon
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

SMHanlon@hollandhart.com

_____
Julie K. Barkema

FROM :                               FAX NO. :3037302798               Nov. 18 2010 01:58PM  P4

Exhibit A

**RE: Response from your office**                          Wed, November 10, 2010 1:48:00 PM

From: Sean Hanlon <SMHanlon@hollandhart.c...>   View Contact
To: Chris Folkerts <invisible65432@yahoo.com>

Hello Ms. Barkema,

BAC Home Loans Servicing LP (BAC) opposes your request for a 21-day extension of time to file your response brief. But BAC would not oppose a 10-day extension of time for you to file your response brief.

Thank you,

**Sean M. Hanlon**
*Construction & Real Estate Litigation*
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone (303) 295-8270
Fax (303) 291-9144
www.hollandhart.com

**HOLLAND&HART**

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error, then please delete this e-mail. Thank you.

**From:** Chris Folkerts [mailto:invisible65432@yahoo.com]
**Sent:** Wednesday, November 10, 2010 12:56 PM
**To:** Sean Hanlon
**Subject:** Response from your office

Mr. Hanlon,

Case: Barkema vs. BAC Home Loans Servicing LP # 10-CV-02220-REB-KLM

I will be filing a motion for an extension of time and need to know if you will be opposing it. I will be asking for 21 days.

Please respond at your earliest convenience.

Thank you,
Julie Barkema

http://us.mg4.mail.yahoo.com/dc/launch?.gx=1&.rand=autr2dds5k9kl                   11/18/2010

NOV-18-2010  14:07              3037302798                    97%           P.04

# In the United States District Court
# For The District Of Colorado

Civil Action No. 10-CV-02220-REB-KLM

Julie K. Barkema,
    Plaintiff,

vs.

BAC HOME LOANS SERVICING, LP,
    Defendant

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 8 2010

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

    Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss, and having been fully advised in the premises,

    IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiff shall have up to and including <u>November 29, 2010</u> to file a responsive pleading to the Defendant's Motion to Dismiss.

Dated: _____

BY THE COURT:

_____
Magistrate Judge Kristin L. Mix