IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02220-REB-KLM

JULIE BARKEMA,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,

    Defendant.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Withdrawal** [Docket No. 41; Filed February 22, 2011] (the "Motion"). The Court interprets the Motion as Plaintiff's request for voluntary dismissal of this case. On February 22, 2011, Defendant filed a Response [Docket No. 43] in which it stated that it "consents to the voluntary dismissal of this action by Plaintiff Julie Barkema under, presumably, Fed. R. Civ. P. 41(a)(2)." Pursuant to 28 U.S.C. § 636(b) and D.C.COLO.LCivR 72.1C., the Motion has been referred to this Court for a recommendation regarding disposition. As an initial matter, the Court expresses no opinion regarding Plaintiff's ability to file a motion for joinder in any other pending case. With that caveat,

    IT IS HEREBY **RECOMMENDED** that the Motion be **GRANTED**, and that this case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

    IT IS FURTHER **RECOMMENDED** that the pending Motion to Dismiss [Docket No.

21] and Unopposed Motion to Reset the Jury Trial [Docket No. 35] be **DENIED as moot**.

IT IS HEREBY **ORDERED** that pursuant to Fed. R. Civ. P. 72, the parties shall have fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.  A party's failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *Makin v. Colo. Dep't of Corr.*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996).  A party's objections to this Recommendation must be both timely and specific to preserve an issue for de novo review by the District Court or for appellate review.  *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  February 23, 2011

BY THE COURT:

 s/ Kristen L.  Mix
Kristen L.  Mix
United States Magistrate Judge