**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02220-REB-KLM

JULIE BARKEMA,

     Plaintiff,

v.

BANK OF AMERICA,

     Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matter is before me on the following: (1) the plaintiff's **Motion for Withdrawal** [#41][1] filed February 22, 2011; and 2) the **Recommendation of United States Magistrate Judge** [#44] filed February 23, 2011. No objections to the recommendation have been filed and, therefore, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. Of course, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#44], filed February 23, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That the plaintiff's **Motion for Withdrawal** [#41] filed February 22, 2011, which the court reads as a motion by the plaintiff for the voluntary dismissal of this case, is **GRANTED**;

3. That under FED. R. CIV. P. 41(a)(2), this case is **DISMISSED**; and

4. That the pending motion to dismiss [#21] and motion to reset the jury trial [#35] are **DENIED** as moot.

Dated April 21, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge